**FILED**
February 7, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:17-cr-00021-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| GLEN M. MARTINKA, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Glen M. Martinka</u>; Case <u>2:17-cr-00021-KJM</u> from custody and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of _____

**X**   Unsecured Appearance Bond in the amount of <u>$25,000.00</u>, cosigned by Diana Martinka

__ Appearance Bond with 10% Deposit

__ Appearance Bond secured by Real Property

__ Corporate Surety Bail Bond

**X**   (Other) <u>Pretrial Supervision/Conditions as stated on the record</u>

Issued at <u>Sacramento, CA</u> on <u>2/7/2017</u> at 2:25 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge