| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender<br>MIA CRAGER, #300172 |
| 3 | Assistant Federal Defender<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Tel: (916) 498-5700 |
| 5 | Fax: (916) 498-5710<br>Mia_Crager@fd.org |
| 6 | Attorney for Defendant |
| 7 | GLEN MARTINKA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:17-CR-00021-KJM-2 |
| Plaintiff, | ) ) | ORDER TO RETURN PASSPORT TO DEFENDANT |
| v. | ) ) | |
| GLEN MARTINKA, | ) ) | JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | ) ) ) | |

Glen Martinka was sentenced to a term of time served and his case being concluded, IT IS HEREBY ORDERED that the Clerk's Office return Glen Martinka's passport to the defendant.

Dated: March 6, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-1-